UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| PEGGY GRINDSTAFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-CV-184-DCLC-HBG |
| | ) |
| C.R. BARD, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendants' Motion for Substitution of Counsel. [Doc. 36] Defendants C.R. Bard Incorporated, Bard Peripheral Vascular Incorporated, and McKesson Corporation all move the Court to enter an order allowing the substitution of Attorneys Woods Drinkwater and Shane G. Ramsey in place of Jessica Junek, Melissa Dorman Matthews, and Jordan E. Jarreau as counsel of record for Defendants.

Because continuity of counsel is ensured, the Court finds the Motion for Substitution of Counsel **[Doc. 36]** well taken, and it is **GRANTED**. *See also* E.D. Tenn. L.R. 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal."). Attorneys Jessica Junek, Melissa Dorman Matthews, and Jordan E. Jarreau are **RELIEVED** of their duties as counsel in this matter, and Attorneys Woods Drinkwater and Shane G. Ramsey are

hereby **SUBSTITUTED** as counsel of record for Defendants.

    **IT IS SO ORDERED.**

                                                                       ENTER:

                                                       United States Magistrate Judge